# Court of Appeals of the State of Georgia

ATLANTA, February 17, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1221. GINO MILLER v. NICOLE ADAMS.

Gino Miller filed a petition for legitimation, in which he sought joint legal and physical custody of a minor child. After Miller failed to comply with the court's order to respond to discovery requests, the trial court dismissed his petition and awarded Nicole Adams attorney fees. Miller thereafter filed this direct appeal. We lack jurisdiction.

As a general rule, appeals in domestic relations cases — including legitimation actions — must be initiated by filing an application for discretionary review. See OCGA § 5-6-35(a)(2), (b); *Numanovic v. Jones*, 321 Ga. App. 763, 764 (743 SE2d 450) (2013). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody orders, when the order at issue on appeal does not involve child custody rulings, the appeal in a domestic relations case must be brought by discretionary application. *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017). The order Miller seeks to appeal does not involve any custody rulings, but rather is a dismissal of his legitimation action. Therefore, Miller was required to file a discretionary application. See *Voyles*, 301 Ga. at 47. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Miller's failure to follow the discretionary appeal procedures deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   02/17/2026_____*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*